UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case: 4:25-cv-12717
Assigned To : Behm, F. Kay
Referral Judge: Patti, Anthony P.
Assign. Date : 8/28/2025
Description: CMP MCARN v
EQUIFAX INFORMATION
SERVICES, LLC ET AL (JP)

BRIAN McARN
        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

EXPERIAN INFORMATION SOLUTIONS, INC.
        Defendants,


## COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA)
## JURY TRIAL DEMANDED

INTRODUCTION

1. This is a civil action brought by Plaintiff, Brian K. McArn, against Defendants Equifax Information Services, LLC, 1550 Peachtree Street NE
Atlanta, GA 30309 and Experian Information Solutions, Inc, 475 Anton Blvd.
Costa Mesa, CA 92626, for willful and negligent violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

2. Defendants failed to comply with their statutory obligations under the FCRA by failing to conduct reasonable investigations into Plaintiff's consumer disputes and by continuing to report inaccurate and harmful information on Plaintiff's credit file.

3. As a result of these violations, Plaintiff has suffered irrevocable damages including denials of credit, high interest rates, employment denial, emotional distress and depression.

JURISDICTION AND VENUE

4. The Court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C. §1331.

5. Venue is proper in this District under 28 U.S.C. §1391 because a substantial part of the events giving rise to the claim occurred in this District, and Plaintiff resides here.

PARTIES

6. Plaintiff, Brian K. McArn, is a natural person and consumer as defined by 15 U.S.C. §1681a(c), residing in Romulus, Michigan.

7. Defendant Equifax Information Services, LLC, is a consumer reporting agency as defined by 15 U.S.C. §1681a(f), and also a "person" as defined by 15 U.S.C. §1681a(b), which regularly engages in the business of assembling and evaluating consumer credit information.

8. Defendant Experian Information Solutions, Inc. is similarly a consumer reporting agency under 15 U.S.C. §1681a(f), and a "person" under 15 U.S.C. §1681a(b).

FACTUAL ALLEGATIONS

Plaintiff brought this action after exhausting self-resolution efforts including initiating multiple disputes and filing with the CFPB. Plaintiff requested documentation of verification of said accounts in question. Plaintiff concerns arose after receiving notification that his personal information had been involved in three major (3) security breaches, i.e., (a) CHANGE Healthcare security breach of 09/2024, (b) RECEIVABLE PERFORMANCE MANAGEMENT security breach of 11/2022, ( c) Beaumont Hospital security breach of 05/2019.

9. On or about January 30, 2025, Plaintiff submitted written disputes to both Equifax and Experian regarding inaccurate and duplicative derogatory tradelines, including repeated monthly charge-off notations and unverifiable debt entries.

10. Plaintiff had previously submitted disputes on at least two other occasions, including an initial dispute of the Jefferson Capital Systems account on or about March 15, 2023, and a separate dispute to Equifax on or about May 9, 2023. All disputes were ignored or verified without meaningful reinvestigation.

11. The inaccurate reporting involved creditors (a) Jefferson Capital Systems (b) Midland Credit Management ( c) Transworld Systems, IC System, (d) OpenSky, and (e) National Credit Adjusters.

12. Plaintiff did not receive a detailed Method of Verification (MOV) response following any of the disputes, in violation of 15 U.S.C. §1681i(a)(7).

13. Plaintiff never gave continuing authorization for the ongoing furnishing of disputed negative items, thus making continued reporting a violation of 15 U.S.C. §1681b (Permissible Purpose).

14. As of May 2025, derogatory tradelines persist on Plaintiff's credit reports, lowering his credit score and damaging his reputation. The credit bureaus are currently reporting that Plaintiff has approximately **50 late payments** and **84 negative marks**, a majority of which are the result of repeated monthly charge-off reporting by the same creditors.

15.   Plaintiff was denied automobile loans and multiple lines of credit between February and April 2025. He was also denied employment due to a failed background credit check and subjected to high interest rates on approved credit offers as a result of poor credit score.

16.   Plaintiff's mother died in September of 2024, and did not have life insurance. Plaintiff was denied financing of the funeral expenses due to the reporting of the credit bureaus inaccurate information and low credit score.

17.   These violations have caused Plaintiff irrevocable emotional and mental distress, including anxiety, sleep deprivation, and stress. The continued reporting of erroneous derogatory data has also harmed Plaintiff's personal and professional reputation, causing embarrassment and loss of confidence in financial, housing, and employment.

### CLAIMS FOR RELIEF COUNT I – VIOLATIONS OF 15 U.S.C. §1681i

18. Defendants failed to conduct reasonable reinvestigations into Plaintiff's disputes as required by 15 U.S.C. §1681i.

19.   Defendants repeatedly verified inaccurate information without providing or relying on credible documentation.

20.   Defendants failed to provide Plaintiff with the Method of Verification (MOV), including the name, title, and contact information of the person who verified the data.

21.   These actions constitute willful and/or negligent violations entitling Plaintiff to damages under 15 U.S.C. §1681n and §1681o.

### COUNT II – VIOLATIONS OF 15 U.S.C. §1681e(b)

22. Defendants failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Plaintiff's credit file.

23.   As a result, repeated monthly charge-off notations and unverifiable derogatory data were allowed to remain.

24.   These actions have caused Plaintiff credit denials, higher borrowing costs, loss of employment, emotional and mental stress, anxiety, relationship issues and reputational harm.

### COUNT III – VIOLATIONS OF 15 U.S.C. §1681b

25. Defendants furnished Plaintiff's consumer report information without a permissible purpose as required by 15 U.S.C. §1681b.

26.   Plaintiff did not authorize the continued reporting of false or misleading tradelines following his disputes.

27.   Such reporting constitutes a violation of Plaintiff's rights to privacy and accurate information.

PATTERN OF MISCONDUCT

28. Defendants' repeated failure to correct inaccuracies after receiving multiple dispute notices, including communications dated March 15, 2023; May 9, 2023; and January 30, 2025, constitutes a pattern of willful noncompliance with their obligations under the FCRA.

29. Rather than acting as passive custodians of data, Defendants actively perpetuated harm by continuing to report known inaccuracies and failing to investigate or rectify known errors. This systemic behavior underscores a disregard for the protections afforded to consumers under FCRA.

PRAYER FOR RELIEF

 WHEREFORE, Plaintiff respectfully requests this Court grant statutory damages of $1,000 for each unjustified late payment and each repeated or inaccurate charge-off entry reported on his credit file, in accordance with 15 U.S.C. §1681n. In addition, Plaintiff respectfully ask Court to;

A. Award actual damages under 15 U.S.C. §1681n and/or §1681o;

B. Award statutory damages of up to $1,000 per violation under §1681n;

C. Award such punitive damages as the Court may allow under §1681n(a)(2);

D. Award costs and attorney's fees;

E. Order deletion of inaccurate and unverifiable information from Plaintiff's credit reports;

F. Grant any further relief the Court deems just and proper.

JURY DEMAND Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Brian McArn
35845 Garner St.
Romulus, MI 48174
Email: brianmcarn123@gmail.com
Pro Se Plaintiff

Credit Report                                                                                                   3/5/25, 6:47 PM

  

Fill out a form        Pick the reports you want    Review your reports online

Have questions?
Contact us

**YOUR CREDIT REPORT**

Summary

Revolving Accounts

Mortgage Accounts

Installment Accounts

**Other Accounts**

Consumer Statements

Personal Information

Inquiries

Public Records

Collections

Your Rights

Dispute

Products for You

**Your Equifax credit report**    As of **March 5, 2025**        🖨 Print Credit Report

❮ Back

# JEFFERSON CAPITAL LLC
## CLOSED
### ACCOUNT STATUS

**Details**

OVERVIEW

| | | | |
|---|---|---|---|
| **Account Number** | ××××× 7102 | **Months Reviewed** | 9 |
| **Account Status** | COLLECTION | **Activity Designator** | - |
| **Owner** | INDIVIDUAL | **Terms Frequency** | - |
| **Account Type** | OTHER | **Term Duration** | - |
| **Creditor Classification** | FINANCIAL | **Purchased From** | - |
| **Loan Type** | | **Sold To** | - |
| | DEBT_BUYERS_ACCOUNT | | |

**Original Creditor Name**
SPRINTSPRINTSPRINT

BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $3,313 |
| **Credit Limit** | |
| **High Credit** | $3,313 |
| **Date of First Delinquency** | - |

ACCOUNT DATES

| | |
|---|---|
| **Date Opened** | Dec 07, 2023 |
| **Date Reported** | Feb 06, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Mar 21, 2020 |

COMMENTS AND CONTACT

CONSUMER DISPUTES THIS ACCOUNT
INFORMATION

COLLECTION ACCOUNT

For questions regarding this account please
contact.

**JEFFERSON CAPITAL LLC**
16 Mcleland Rd
Saint Cloud, MN 56303-2198
(866) 219-0725

❮ Back

# RPM
**Receivables Performance Management LLC**

20818 44TH AVE W, SUITE 140
Lynnwood, WA 98036

 You can now pay online at: www.rpmpayments.com

| Account Information | |
|---|---|
| Date: | 11-05-20 |
| Reference Number: | 55726593 |
| Creditor: | T-Mobile, as successor in interest to Sprint |
| Creditor Account: | 170192062 |
| Original Creditor: | Sprint |
| **Total Due:** | **$3313.01** |

Dear Brian McArn,

Your account has been listed with Receivables Performance Management. If you have any questions or need assistance, please call TOLL FREE 877.250.3629.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you so request in writing within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

In the event that your payment is by check, we may present your check electronically. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by other means.

**This communication is from a debt collector. The purpose of this notice is to collect a debt. Any information obtained will be used for that purpose.**

You may qualify for a settlement, please call 877.250.3629.



## PAYMENT OPTIONS

### (1) Single Payment Option:

➢ Pay **$3313.01**.

➢ Your account will be considered **"Paid in Full"** after we post your payment.

### (2) Financial Hardship Plan:

➢ Contact one of our Professional Representatives to qualify for our various payment options.

---

## RECEIVABLES PERFORMANCE MANAGEMENT LLC CONTACT INFORMATION

 Call Toll-Free 877.250.3629 to discuss payment arrangements. Let us know how committed we are to working with you!

✉ Pay by mail to:
Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046-1548

 You can now pay online at:
www.rpmpayments.com

🕐 Office Hours: Mon - Fri 7:30 AM to 5:00 PM Pacific time, Sat 7:00 AM to 12:00 PM Pacific time

HSO/355766530867    *Please tear off and return lower portion with payment in envelope provided.*    19/000019/0001

---

Undeliverable Mail Only:
PO Box 2630
Southgate, MI 48195-4630

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | |
|---|---|---|
| ZIP CODE | VISA ☐   [MC] ☐   DISC_VER ☐ | |
| CC# | | |
| SIGNATURE | | EXP. DATE |
| Name as it appears on card. | **REFERENCE NUMBER** 55726593 | |
| **CREDITOR** T-Mobile, as successor in interest to Sprint | **AMOUNT PAID $** | |

11-05-20

⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅
McArn, Brian
16818 Lindsay St
Detroit, MI 48235-3311

⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅⑅
Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046-1548



Toll-Free: 888-571-3987
Fax: 847-897-3158
Email:
myaccount@unifininc.com
Website: www.unifininc.com
Online Portal:
https://uoffer.unifinrs.com

| ACCOUNT SUMMARY | |
|---|---|
| Unifin Reference #: | 0054512500 |
| Debt Description: | SPRINT |
| Original Account #: | 170192062 |
| Current Creditor: | JEFFERSON CAPITAL SYSTEMS LLC |
| Jefferson Capital Ref #: | 3873657102 |
| Balance: | $3313.01 |



May 19, 2025

Dear Brian Mcarn:

The past due account has been referred to our agency for collection. **This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| 1 payment of $1822.16 to resolve your account in full for $1822.16. | 3 consecutive monthly payments of $773.04 to resolve your account in full for $2319.12 | 12 consecutive monthly payments of $276.08 to pay your balance in full |
|---|---|---|

To take advantage of the discounted offer(s), please have payment (or first payment) in our office within 45 days from May 19, 2025. We are not obligated to renew any offers provided.

Sincerely,
Unifin Inc. Management

Office hours are: Monday-Friday 8am-7pm | Weekends 8am-5pm (All times are Central Standard Times, CST). Our fax number is 847-897-3158 or email us at: myaccount@unifininc.com.
All written correspondence must be sent to the following address: Unifin, Inc., PO Box 1608, Skokie, IL 60076-1608.

----------------------------------------------------------------------------------------------------

PO BOX 1608
SKOKIE, IL 60076-1608

65

**Accepted Forms of Payment:**

**Major Cards**
**Checks**
**Money Orders**



May 19, 2025

Brian Mcarn
13550 MONTROSE ST
Detroit, MI 48227-1713

UNIFIN, INC.
PO BOX 1608
SKOKIE, IL 60076-1608



350 Camino De La Reina
Suite 100
San Diego, CA 92108

877-382-6063

Mon-Fri: 8am - 7:30 pm ET

| | |
|---|---|
| **Original Creditor** | THE BANK OF MISSOURI MILESTONE |
| **Original Account Number** | xxxxxxxxxxxx5519 |
| **MCM Account Number** | 326272026 |
| **Current Owner** | Midland Credit Management, Inc. |
| **Current Servicer** | Midland Credit Management, Inc. |
| **Current Balance** | $992.56 |

5/21/2024

P8 T132  006

Brian Mcarn
13550 Montrose St
Detroit, MI  48227-1713

RE THE BANK OF MISSOURI            MILESTONE

Dear Brian,

We understand that you are inquiring about or requesting documentation about the accuracy of our records concerning this account. After reviewing the information you provided, our account notes, and information provided by the previous creditor, with an address of 14600 NW GREENBRIER PKWY BEAVERTON, OR 97006, we have concluded that our information is accurate. We have also enclosed documents regarding the account. If you believe we have reached this conclusion in error, please reference the information below:

**We have received the following information from you:** We are uncertain of what you are specifically disputing

**Next steps:** In order for us to further investigate your inquiry please provide the following: Written explanation and documentation demonstrating any errors in your account information

**Some additional information about your account:** Date opened: 6/14/2023. **Date of charge off:** 2/8/2024. **Current servicer:** Midland Credit Management, Inc.. **Date purchased:** 2/27/2024. **Original purchase balance:** $992.56. **Accrued interest:** $0.00. **Accrued fees:** $0.00. **Total payments/Adjustment applied:** $0.00. **Date paid in full (if applicable):** .

**Recent Transactions:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Only the last 31 transactions are reflected in the above table

For additional information you may contact us online at MidlandCredit.com, you may also call Consumer Resolutions at 877-366-1520. Please call Consumer Support Services at 877-382-6063 if you have any additional questions.
Se habla espanol: 877-898-3955

Sincerely,

*Angelique Ross*

Consumer Support Services

## Important Disclosure Information

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Calls to and/or from this company may be monitored or recorded.**

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | THE BANK OF MISSOURI | MCM Account Number | 326272026 |
| Original Account Number | xxxxxxxxxxxx5519 | Charge-Off Date | 2/8/2024 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: Midland Credit Management, Inc. PO Box 2004 Warren, MI 48090-2004 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 **You may also call: 877-382-6063** | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

NMLS ID: 934164

IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU: California Debt Collection License #10644-99.

IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU: North Carolina Department of Insurance Permit #119505601, #119500908, #119506854, #119502738, #119506372, #119500436, #119500840, #119505741. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

Complete Chain of Title Including All Post Charge-Off Purchasers of This Debt, Date of Transfer, and Address, ending with the current owner:
THE BANK OF MISSOURI; 2/8/2024; 916 NORTH KINGSHIGHWAY, PERRYVILLE, MO 63775
CONCORA CREDIT INC.; 2/27/2024; 14600 NW GREENBRIER PKWY, BEAVERTON, OR 97006
Midland Credit Management, Inc.; 350 CAMINO DE LA REINA SUITE 100, SAN DIEGO, CA 92108

**Midland Credit Management®**

350 Camino De La Reina
Suite 100
San Diego, CA 92108

# PRE-LEGAL NOTIFICATION

8/13/2024

Brian Mcarn
13550 Montrose St
Detroit, MI 48227-1713

T98 016 

## Account Details

| | |
|---|---|
| Original Creditor | THE BANK OF MISSOURI |
| Original Account Number | xxxxxxxxxxxx5519 |
| Current Servicer | Midland Credit Management, Inc. |
| MCM Account Number | 326272026 |
| Current Owner | Midland Credit Management, Inc. |
| Current Balance | $957.62 |

# FINAL NOTICE

## Pay online at MidlandCredit.com or Call 877-214-7799

RE: THE BANK OF MISSOURI          MILESTONE

After numerous attempts to contact you regarding this account, Midland Credit Management, Inc. will transition your account into the attorney review process after **9/12/2024**. Pay online at **MidlandCredit.com** or Call **877-214-7799**.

If your account is forwarded to an attorney, this may result in a lawsuit against you. If this process results in litigation, and a judgment is entered against you, the judgment will be enforceable according to state law.

This is the final written communication you will receive prior to entering the legal review process. Your prompt attention is necessary to avoid the possibility of legal action.

Here are some options to resolve your debt:
- Pay your full balance of $957.62
- Call us to see how to qualify for payment plans

We encourage you to visit MidlandCredit.com or call us at 877-214-7799
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

Sincerely,
Tim Bolin
Division Manager

We are not obligated to renew any offers provided

 **MidlandCredit.com**

 **877-214-7799**

 Midland Credit Management, Inc.
PO Box 2004
Warren, MI 48090-2004

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION



**LJ/ROSS**

PO Box 6099
Jackson, MI 49204-6099


Brian McArn
13550 Montrose St
Detroit, MI 48227-1713

Account Number:     **27242438**
Date of Service:

We have received your dispute regarding the above referenced account.

The original creditor's information is as follows:

Original Creditor:       DTE ENERGY
                         7940 LIVERNOIS AVE
                         DETROIT, MI 48210

Also enclosed is an itemized statement from the original creditor.

If you have any questions or concerns, please contact our office at 1-844-348-1739.

Sincerely,

L J Ross Associates, Inc.

**This is an attempt to collect a debt, and any information obtained will be used for that purpose.
This communication is from a debt collector.**

PO Box 6099
Jackson, MI 49204-6099


February 15, 2023



Brian McArn
13550 Montrose St
Detroit, MI 48227-1713



**LJ ROSS**

Brian McArn
13550 Montrose St
Detroit, MI 48227-1713

PO Box 6099
Jackson, MI 49204-6099
1-844-348-1739 from 8am to 7:30pm EST, Monday - Thursday
from 8am to 6:30pm EST on Friday

**Reference Number: 27242438**
December 28, 2022

**L J Ross Associates is a debt collector.** We are trying to collect a debt that you owe to DTE ENERGY.
We will use any information you give us to help collect the debt.

### Our information shows:

| | |
|---|---|
| You had an account with DTE ENERGY with account number RES787885300014 | |
| As of September 12, 2022, you owed: | $422.57 |
| Between September 12, 2022 and today: | |
| You were charged this amount in interest: | + $.00 |
| You were charged this amount in fees: | + $.00 |
| You paid or were credited this amount toward the debt: | - $.00 |
| **Total amount of the debt now:** | **$422.57** |

### How can you dispute the debt?

- **Call or write to us by February 12, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by February 12, 2023**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.ljross.com/customer-support/file-a-dispute.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by February 12, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.ljross.com/customer-support/file-a-dispute.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

LJRA/13/782071071933       3553/000001780/

---

**Mail this form to:**
PO Box 6099
Jackson, MI 49204-6099
1-844-348-1739



Brian McArn
13550 Montrose St
Detroit, MI 48227-1713

**How do you want to respond?**
*Check all that apply:*

☐ **I want to dispute the debt because I think:**
　☐ This is not my debt.
　☐ This amount is wrong.
　☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $ _____

Make your checks payable to *L J Ross Associates*. Include the reference number 27242438.



PO BOX 6761
Sioux Falls, SD 57117

March 4, 2025



## ⓘ UPDATE

00000043 1     57501714 DTF 00000043

|ι|ιιιι|ιι|ι|ιιΙ|ι|ιιΙ|ΙΙΙ|ιιιιιι|ι|ιΙ|ι|ιιι|ι|Ι|ιιΙ|ι|ιΙ|ιιΙ|ιιΙ|
BRIAN MCARN                           **N0043172
35845 GARNER ST
ROMULUS MI 48174-4111

Brian Mcarn
Application ID 250303798760221



# ⓘ We're unable to approve your application

Hi, Brian. Thank you for your interest in the Citi® Double Cash Mastercard® account.
We're unable to approve your application because:

- A delinquent credit obligation(s), either paid **or** unpaid, was recorded on your credit bureau report.

- A delinquent credit obligation(s), either paid **or** unpaid, was recorded on your credit bureau report.

Please note, our decision was based in whole or in part on information in a report from the following consumer reporting agency:

Experian
PO Box 2002
Allen, TX 75013-0036
1-888-EXPERIAN (1-888-397-3742)
www.experian.com

Even though the reporting agency provided the information, it had no part in our decision and will not be able to provide specific reasons why we denied your request.

Under the Fair Credit Reporting Act, you have the right to know the information contained in your credit file at the consumer reporting agency. You also have the right to a free copy of your credit report if you request it from the consumer reporting agency no later than 60 days after you receive this letter.





0.L0CD6501001.I2025030400006236.142.H.ZZ.SY.8000.SYSTEMB7654329937682514.Y.Y



Brian Mcarn
Page 2 of 3
Application ID 250303798760221

## ⓘ UPDATE

If you find any information in your credit report that is inaccurate or incomplete, you have the right to dispute the matter by contacting the reporting agency at the address or phone number above. If your credit report changes as a result of a dispute, please give us a call within 60 days so we can re-evaluate our decision.

If you have any questions, call us at 1-866-441-7409 or go to citi.com. For TTY: We accept 711 or other Relay Service.

Your Citi Team

©2025 Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Please see next page for important information



063 142 065

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRIAN McARN                                    Case No.
     Plaintiff,                               Hon.

v.

EQUIFAX INFORMATION SERVICES, LLC,

EXPERIAN INFORMATION SOLUTIONS, INC.
     Defendants,

_____

Pro Se Plaintiff
Brian McArn
35845 Garner St.
Romulus, MI 48174
brianmcarn123@gmail.com

## JS44 CIVIL COVER SHEET

## II. BASIS OF JURISDICTION

☒ 3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PART

United States of America

## IV. NATURE OF SUIT

☒ 890 Other Statutory Actions – Fair Credit Reporting Act

## V. ORIGIN
☒ 1. Original Proceeding

## VI. CAUSE OF ACTION
15 U.S.C. §1681 – Fair Credit Reporting Act violations

## VII. REQUESTED IN COMPLAINT
☒ Monetary Relief
☒ Injunctive Relief
☒ Jury Demand

## VIII. RELATED CASE(S) IF ANY
None

## SIGNATURE OF ATTORNEY OF RECORD
Brian McArn (Pro Se)
Date: 2025-05-16



AUG 2 8 2025

CLERK'S OFFICE
U.S. DISTRICT COURT