UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN MCARN, | Case No. 25-12717 |
| Plaintiff, | F. Kay Behm |
| v. | U.S. District Judge |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | Anthony P. Patti<br>U.S. Magistrate Judge |
| Defendants. | |

______________________________/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 6, 2026 REPORT AND RECOMMENDATION (ECF No. 15)**

Currently before the court is Magistrate Judge Anthony P. Patti's July 6, 2026 Report and Recommendation. (ECF No. 15). Magistrate Judge Patti recommends dismissing the complaint without prejudice for failure to serve Defendants in compliance with Fed. R. Civ. P. 4(m), for failure to comply with the court's June 5, 2026 order and/or pursuant to Fed. R. Civ. P 41(b) and E.D. Mich. LR 41.2 for failure to prosecute. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. No timely objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D.

Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 15) and **DISMISSES** the complaint without prejudice.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge